DAVID A. LAMMING, Appellant, *v.* NORMAN H. GALUSHA
et al., Respondents.

*Lamming* v. *Galusha*, 81 Hun, 247, affirmed.
(Argued December 9, 1896; decided December 24, 1896.)

APPEAL from a judgment of the General Term of the
Supreme Court in the fifth judicial department, entered
October 26, 1894, which affirmed a judgment in favor of
defendants entered upon a decision of the court dismissing
the complaint on trial at Special Term.

*Henry W. Conklin* for appellant.

*Charles J. Bissell* for respondents.

Judgment affirmed, with costs, on opinion of BRADLEY, J.,
below.
All concur, except HAIGHT, J., not sitting.

---

JOSEPH C. DRAKE, Respondent, *v.* THE NEW YORK, LACKA-
WANNA AND WESTERN RAILWAY COMPANY, Appellant.

*Drake* v. *N. Y., L. & W. R. Co.*, 75 Hun, 422, affirmed.
(Submitted December 10, 1896; decided December 24, 1896.)

APPEAL from a judgment of the General Term of the
Supreme Court in the fourth judicial department, entered
March 22, 1894, which affirmed a judgment in favor of plain-
tiff entered upon a verdict, and also from an order which
affirmed an order denying a motion for a new trial.

*Robert T. Turner* for appellant.

*Frederick Collin* for respondent.

Judgment and order affirmed, with costs; no opinion.
All concur.